Certificate Number: 16339-PAE-DE-037543553

Bankruptcy Case Number: 23-10979



16339-PAE-DE-037543553

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 26, 2023, at 10:20 o'clock PM EDT, Caron Guillory completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 26, 2023                    By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor