United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 23-10979-amc

Caron Nicole Guillory                                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Aug 04, 2023 | Form ID: 318 | Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Caron Nicole Guillory, 29 Lanfair Rd, Cheltenham, PA 19012-1421 |
| 14770941 | + | Fedloan, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14770953 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14770955 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14770956 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14770963 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 04 2023 23:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14770927 | | Email/Text: bncnotifications@pheaa.org | Aug 04 2023 23:33:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14770929 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 04 2023 23:33:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 14770928 | + | Email/Text: backoffice@affirm.com | Aug 04 2023 23:33:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14770930 | | Email/PDF: bncnotices@becket-lee.com | Aug 04 2023 23:52:31 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14770934 | | Email/Text: megan.harper@phila.gov | Aug 04 2023 23:33:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14770931 | + | EDI: CAPITALONE.COM | Aug 05 2023 03:30:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14770932 | + | EDI: CAPITALONE.COM | Aug 05 2023 03:30:00 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14770933 | | Email/Text: bankruptcy@philapark.org | Aug 04 2023 23:33:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14770935 | + | EDI: WFNNB.COM | Aug 05 2023 03:30:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14770936 | + | EDI: WFNNB.COM | Aug 05 2023 03:30:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14770937 | + | EDI: WFNNB.COM | Aug 05 2023 03:30:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14770938 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 04 2023 23:33:00 | Dovenmuehle/annie Mac, 1 Corporate Dr, Lake |

Case 23-10979-amc   Doc 30   Filed 08/06/23   Entered 08/07/23 00:26:56   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 318 | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| | | | Zurich, IL 60047 |
| 14770939 | + EDI: CITICORP.COM | Aug 05 2023 03:30:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14770947 | + EDI: CITICORP.COM | Aug 05 2023 03:30:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14770940 | Email/Text: ECMCBKNotices@ecmc.org | Aug 04 2023 23:33:00 | ECMC, Attn: Bankruptcy, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14770942 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | Aug 04 2023 23:33:00 | Freedom Credit Union, Attn: Bankruptcy Attn: Bankruptcy, 626 Jacksonville Road , Suite 250, Warminster, PA 18974-4862 |
| 14770943 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 04 2023 23:33:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14770944 | + Email/Text: electronicbkydocs@nelnet.net | Aug 04 2023 23:33:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14770945 | EDI: IRS.COM | Aug 05 2023 03:30:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14770946 | Email/Text: ktramble@lendmarkfinancial.com | Aug 04 2023 23:33:00 | Lendmark, 2118 Usher St., Covington, GA 30014 |
| 14770948 | + EDI: NAVIENTFKASMSERV.COM | Aug 05 2023 03:30:00 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14770949 | Email/Text: bnc@nordstrom.com | Aug 04 2023 23:33:38 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14770950 | EDI: AGFINANCE.COM | Aug 05 2023 03:30:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14770951 | + Email/Text: bankruptcynotices@psecu.com | Aug 04 2023 23:33:00 | P S E C U, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14770952 | + Email/Text: bankruptcygroup@peco-energy.com | Aug 04 2023 23:33:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14770954 | EDI: PENNDEPTREV | Aug 05 2023 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14770954 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2023 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14770957 | + Email/Text: bankruptcy@philapark.org | Aug 04 2023 23:33:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14770958 | ^ MEBN | Aug 04 2023 23:27:14 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14770959 | EDI: RMSC.COM | Aug 05 2023 03:30:00 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14770960 | EDI: RMSC.COM | Aug 05 2023 03:30:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14770961 | EDI: RMSC.COM | Aug 05 2023 03:30:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14770962 | + EDI: WTRRNBANK.COM | Aug 05 2023 03:30:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14770964 | ^ MEBN | Aug 04 2023 23:27:14 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14770965 | + EDI: WFFC2 | Aug 05 2023 03:30:00 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438 MAC F8235-02F, Des |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2023 | Form ID: 318 | Total Noticed: 41 |

Moines, IA 50306-0438

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2023             Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| MICHAEL A. CIBIK | on behalf of Debtor Caron Nicole Guillory mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Village Capital & Investment LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Caron Nicole Guillory<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3549<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23–10979–amc | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Caron Nicole Guillory

8/3/23

**By the court:** <u>Ashely M. Chan</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                         **Order of Discharge**                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**